IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, CHICAGO TILE INSTITUTE PENSION PLAN, and the CERAMIC TILE AND TERRAZZO LOCAL 21 B.A.C. ANNUITY PLAN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case Number: 22 CV 5754 |
| v. | ) ) | Judge : Seegar |
| REGAL BUILDERS I, LLC., | ) ) ) | |
| Defendant. | ) | |

**Agreed Motion for Entry of Judgment Order**

Plaintiffs, CHICAGO TILE INSTITUTE WELFARE PLAN, et.al. by and through its attorneys, Michael J. McGuire, and Marco, McGuire & Arreola, LLC move this Honorable Court to enter an Agreed Judgment Order against the Defendant, REGAL BUILDERS I, LLC, and in support states as follows:

1. Plaintiffs filed their First Amended Complaint on March 24, 2023, alleging that the Defendant failed to submit reports and contributions to the Plaintiff Trust Funds for the months of June 2022 through December 2022.

2. As a result of the delinquency, the Defendant owes the Plaintiff Trust Funds $377,910.87 in delinquent contributions, interest, liquidated damages, attorney fees and costs for the time period of June 2022 through December 2022.

3. The Parties have had the benefit of counsel and this matter has been reviewed by all parties, including the principle of the Defendant corporation.

4. Plaintiffs and Defendant have agreed that a Judgment Order should be entered against the Defendant for the total amount due in the amount of $377,910.87 to resolve the litigation. A copy of the executed proposed Agreed Judgment Order is attached to this motion as **Exhibit 1**.

WHEREFORE, Plaintiffs request that this Court enter an Agreed Judgment Order in the amount of $377,910.87 against the Defendant, REGAL BUILDERS I, LLC.

    Respectfully submitted,

    By: /s/:Michael J. McGuire
        Michael J. McGuire
    Attorney for the Plaintiffs

Michael J. McGuire
ARDC #: 6290180
Attorney for Plaintiffs
Marco, McGuire & Arreola, LLC
3447 N. Lincoln Ave.
Chicago, IL 60657
(773) 661-2361
mmcguire@mma.law