# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, CHICAGO TILE INSTITUTE PENSION PLAN, and the CERAMIC TILE AND TERRAZZO LOCAL 21 B.A.C. ANNUITY PLAN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case Number: 22 CV 5754 |
| v. | ) ) | Judge : Seeger |
| REGAL BUILDERS I, LLC., | ) ) ) | |
| Defendant. | ) | |

## Agreed Motion for Entry of Judgment Order

Plaintiffs, CHICAGO TILE INSTITUTE WELFARE PLAN, et.al. by and through its attorneys, Michael J. McGuire, and Marco, McGuire & Arreola, LLC, and Defendant, REGAL BUILDERS I, LLC by and through its attorney Raymond J. Sanguinetti, and Rathje Woodward LLC, move this Honorable Court to enter an Agreed Judgment Order against the Defendant, REGAL BUILDERS I, LLC, and in support states as follows:

1.      Plaintiffs filed their First Amended Complaint on March 24, 2023, alleging that the Defendant failed to submit reports and contributions to the Plaintiff Trust Funds for the months of June 2022 through December 2022.

2.      As a result of the delinquency, the Defendant owes the Plaintiff Trust Funds $377,910.87 in delinquent contributions, interest, liquidated damages, attorney fees and costs for the time period of June 2022 through December 2022.

3.      The Parties have had the benefit of counsel and this matter has been reviewed by all parties, including the principle of the Defendant corporation.

4.  Per this Court's Order of June 20, 2023, counsel for the Defendant is submitting a statement confirming that the Defendant agrees to entry of judgment, including the proposed judgment in the amount of $377,910.87. A true and correct copy of this statement is attached as **Exhibit 1**.

5.  Plaintiffs and Defendant have agreed that a Judgment Order should be entered against the Defendant for the total amount due in the amount of $377,910.87 to resolve the litigation.

WHEREFORE, Plaintiffs and Defendant request that this Court enter an Agreed Judgment Order in the amount of $377,910.87 against the Defendant, REGAL BUILDERS I, LLC.

Respectfully submitted,

| | |
|---|---|
| By: /s/:Michael J. McGuire | By: /s/ Raymond J. Sanguinetti |
| Michael J. McGuire | Raymond J. Sanguinetti |
| Attorney for the Plaintiffs | Attorney for Defendant |

| | |
|---|---|
| Michael J. McGuire | Raymond J. Sanguinetti |
| ARDC #: 6290180 | ARDC #: 6244798 |
| Attorney for Plaintiffs | Attorney for Defendant |
| Marco, McGuire & Arreola, LLC | Rathje Woodward, LLC |
| 3447 N. Lincoln Ave. | 300 E. Roosevelt Road, Suite 300 |
| Chicago, IL 60657 | Wheaton, IL 60187 |
| (773) 661-2361 | (630) 510-4917 |
| mmcguire@mma.law | rsanguinetti@rathjewoodward.com |